United States District Court

Eastern District of California

James Angelo Rickett,

    Petitioner,

vs.

Claude E. Finn, Warden,

    Respondent.

No. Civ. S 02-2558 GEB PAN P

Order

-oOo-

Petitioner is a state prisoner, without counsel, seeking a writ of habeas corpus. See 28 U.S.C. § 2254. Respondent has answered.

A judge entertaining a habeas petition "may direct the parties to expand the record by submitting additional materials relating to the petition." Rule 7(a), Rules Governing Section 2254 Proceedings.

Respondent refers to exhibits F and G in his answer but failed to attach them.

1  Accordingly, respondent has 30 days to file and serve
2 documents supporting all assertions followed by references to
3 exhibits F and G.
4  So ordered.
5  Dated:  October 27, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge